**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

DONNA LOWE, on behalf of herself and all
others similarly situated,

          Plaintiff,

  v.

RED LOBSTER HOSPITALITY LLC, RED
LOBSTER RESTAURANTS LLC, and RED
LOBSTER SEAFOOD CO., LLC,

          Defendants.

**Case No: 6:24cv928**

## NOTICE OF VOLUNTARY DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Donna Lowe dismisses her claims with prejudice.

Dated: January 13, 2025

s/Gregg I. Shavitz
Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Telephone: 561-447-8888
gshavitz@shavitzlaw.com

Nicholas A. Migliaccio*
Jason S. Rathod*
MIGLICACCIO & RATHOD LLP
412 H St NE, Suite 302
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
(*not admitted)
